**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2868 Disciplinary Docket No. 3 |
| | : | |
| JOHN BRIAN SOGLIUZZO | : | No. 37 DB 2022 |
| | : | |
| | : | (Supreme Court of New Jersey, D-126 |
| | : | September Term 2020) |
| | : | |
| | : | Attorney Registration No. 33860 |
| | : | |
| | : | (Out of State) |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 12th day of May, 2022, having  indicated his consent to the imposition of reciprocal discipline, John Brian Sogliuzzo is disbarred from the practice of law in the Commonwealth of Pennsylvania.  He shall comply with all provisions of Pa.R.D.E. 217.